JS-6

1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

12
13
14
15
16
17

| | |
|---|---|
| JESUS GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIGUEL A. TOBAR, doing business as BEST COLOR SUPPLY,<br><br>        Defendant. | No. 2:25-cv-01816-BFM<br><br>**JUDGMENT** |

18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Order granting Plaintiff's Motion for Default Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Judgment is entered in favor of Plaintiff Jesus Garcia against Defendant Miguel A. Tobar.
2. Defendant is **ORDERED** to pay Plaintiff damages, attorney's fees, and costs in the amount of $6,720.
3. Defendant is **ORDERED** to ensure that accessibility barriers at the business located at 11420 Atlantic Ave., Lynwood, California, are removed and/or corrected, including, but not limited to, ensuring that entrances at the Business are accessible.

1    4. Plaintiff is **ORDERED** to mail a copy of this order and the judgment
2        concurrently filed therewith to Defendant. Plaintiff shall file a Proof of
3        Service with the Court within **ten days** of the date of this Order.

5    DATED:  August 1, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2